# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MADELINE B. COHEN
         Plaintiiff(s)

CIVIL ACTION: 15   CV30003-KAR

V.

PETER  A.  ALBANESE,, D.M.D.,, ET AL
         Defendant(s)

## SETTLEMENT ORDER OF DISMISSAL

ROBERTSON, U.S.M..J :

The Court having been advised on   May 16, 2016   that the above-entitled action has been settled;,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                                            By the Court,

 May  16,  2016                              /s/   Mary Finn
    Date                                     Deputy Clerk

(mefsettlementorderdismissal.wpd - 12/98)