UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADELINE B. COHEN<br>    Plaintiff,<br><br>v.<br><br>PETER A. ALBANESE, D.M.D.<br>AND CONNECTICUT VALLEY<br>ORAL SURGERY<br>ASSOCIATES, P.C.<br>    Defendants. | Civil Action No.: 3:15-CV-30003 |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), by and through their respective attorneys, hereby Stipulate and agree that all claims asserted by the plaintiff, Madeline B. Cohen, against the defendants, Peter A. Albanese, D.M.D., and Connecticut Valley Oral Surgery Associates, P.C., be Dismissed, with prejudice, with each party to bear her/his/its own costs, and with all rights of appeal being waived.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>MADELINE B. COHEN<br>By Her Attorney, | The Defendants,<br>PETER A. ALBANESE, D.M.D. AND<br>CONNECTICUT VALLEY ORAL<br>SURGERY ASSOCIATES, P.C.<br>By His Attorneys, |

_____  _____
Frank J. Riccio, Esq., BBO# 546411　　Ellen Epstein Cohen, BBO #543136
25 Braintree Hill Office Park,　　　　　Rachael E. O' Day, BBO #681748
Suite 208　　　　　　　　　　　　　　Adler | Cohen | Harvey | Wakeman | Guekguezian, LLP
Braintree, MA 02184　　　　　　　　75 Federal Street, 10th Floor
781-380-4373　　　　　　　　　　　Boston, Massachusetts 02110
fjriccio@socialaw.com　　　　　　　617-423-6674
　　　　　　　　　　　　　　　　　　ecohen@adlercohen.com
　　　　　　　　　　　　　　　　　　roday@adlercohen.com

**CERTIFICATE OF SERVICE**

    I, Rachael E. O' Day, hereby certify that May 31, 2016, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

Dated: May 31, 2016

/s/ Rachael E. O' Day
_____

Rachael E. O' Day, BBO #681748